*Andrew F. Van Thun, Jr., David H. Gilmartin* and *Herbert Roeder* for appellant.

*Guy O. Walser* and *Andrew J. Boylan* for respondent.

*Harold Ashare* for Town of Brookhaven, *amicus curiæ,* in support of respondent's position.

*Fred J. Munder, County Attorney (Martin Mellstrom* of counsel), for County of Suffolk, *amicus curiæ,* in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 302 N. Y. 841.]

FARA INVESTORS, INC., Appellant, *v.* MORRIS LOURIE et al., Respondents.

Argued March 5, 1951; decided April 12, 1951.

*Henry N. Rapaport, Robert S. Garson* and *John F. X. Hassett* for appellant.

*Morton A. Bernstein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD AND FROESSEL, JJ. [See 302 N. Y. 880.]